UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAYLOR CHEAIRS,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>CITY OF SEATTLE, and its officers, employees and agents; SEATTLE POLICE DEPARTMENT, and its officers, employees and agents; JOHN DOES, 1-10, unidentified members of the Seattle Police Department,<br><br>  Defendants - Appellees. | No. 24-3163<br><br>D.C. No. 2:21-cv-01343-LK<br><br>Western District of Washington, Seattle<br><br>MANDATE |

The judgment of this Court, entered August 01, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT